IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY /W ___ D.C.

05 JUL -8 PM 4: 12

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    Plaintiff, )<br>)<br>VS. )<br>)<br>GARY GARNER )<br>    Defendant. )<br>) | CR. NO. 04-20410-D |

## ORDER ON CHANGE OF PLEA
## AND SETTING

    This cause came on to be heard on July 7, 2005, the United States Attorney for this district, E. Greg Gilluly, Jr., appearing for the Government and the defendant, Gary Garner, appearing in person and with counsel, Pamela B. Hamrin, who represented the defendant.

    With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

    Plea colloquy was held and the Court accepted the guilty plea.

    **SENTENCING** in this case is **SET** for **THURSDAY, OCTOBER 6, 2005, at 1:00 P.M., before Judge Bernice B. Donald.**

    Defendant is remanded to the custody of the U. S. Marshal.

    **ENTERED** this the _8_ day of July, 2005.

_/s/ Bernice Donald_
BERNICE B. DONALD
**UNITED STATES DISTRICT COURT**

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _7-13-05_

32

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 2:04-CR-20410 was distributed by fax, mail, or direct printing on July 13, 2005 to the parties listed.

---

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT