IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY /b D.C.

05 SEP 21 PM 5: 04

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GARY GARNER,

    Defendant.

No. 04-20410-D

## ORDER GRANTING GOVERNMENT'S MOTION
## TO CONTINUE SENTENCING HEARING

It is hereby ORDERED that the Government's motion to continue the sentencing hearing of the defendant, Gary Garner, currently set for October 13, 2005, is hereby GRANTED, and the hearing is hereby reset to __10_, 24__, 2005, at __1:30 PM__

DONE at Memphis, Tennessee, this __19__ day of __September__, 2005.

                              UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  9/22/05

3

35

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 35 in case 2:04-CR-20410 was distributed by fax, mail, or direct printing on September 22, 2005 to the parties listed.

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT