IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT 25  PM 3: 13

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CR. NO. 04-20410-D |
| GARY GARNER, | * | |
| Defendant. | * | |

---

## ORDER GRANTING MOTION TO RESCHEDULE
## TIME AT SENTENCING HEARING

---

Before this court is Defendant's motion to reschedule time at sentencing hearing, filed October 24, 2005.

For good cause shown, the motion is **GRANTED** and the sentencing hearing time will be reset from 1:30 p.m. until 9:30 a.m. on Wednesday, October 26, 2005.

It is so **ORDERED** this ___25___ day of October, 2005.

Judge Bernice Donald
United States District Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 41 in case 2:04-CR-20410 was distributed by fax, mail, or direct printing on October 27, 2005 to the parties listed.

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT