UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 OCT 27 AM 7:58

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. No.  04-20410-D |
| vs. ) | |
| ) | |
| GARY GARNER, ) | |
| ) | |

## APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney's Office applies to the Court for a Writ to have GARY GARNER, DOB:02/09/1968, R&I# 120557, SSN: 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, now being detained in the Shelby County Penal Farm appear before the Honorable Bernice B. Donald on November 16, 2005 @ 1:00 p.m. for Sentencing and for such other appearances as this Court may direct.

Respectfully submitted this 26th day of October, 2005.

STEPHEN P. HALL
Assistant U. S. Attorney

Upon consideration of the foregoing Application, DAVID JOLLEY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN., SHERIFF/WARREN, SHELBY COUNTY PENAL FARM, MEMPHIS, TN.

YOUR ARE HEREBY COMMANDED to have GARY GARNER, DOB:02/09/1968, R&I# 120557, SSN: 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, appear before the Honorable Bernice B. Donald at the date and time aforementioned.

ENTERED this 26 day of October, 2005

UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _10/27/05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 42 in case 2:04-CR-20410 was distributed by fax, mail, or direct printing on October 27, 2005 to the parties listed.

---

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT